UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-CV-20519-RAR

**HOWARD COHAN**,

    Plaintiff,

v.

**PROCACCI DOLPHIN, LLC**,

    Defendant.

_____/

## ORDER ADMINISTRATIVELY CLOSING CASE

**THIS CAUSE** came before the Court for a status conference on March 15, 2024, [ECF No. 12]. The parties have informed the Court that they are working towards resolving this matter without the need for protracted litigation and are amendable to administratively closing this case while settlement discussions progress. Accordingly, the Court having carefully reviewed the file and being otherwise fully advised, it is hereby

**ORDERED AND ADJUDGED** as follows:

1. The above-styled action is administratively **CLOSED** without prejudice to the parties to file the appropriate dismissal documents within **thirty (30) days** of the date of this Order.

2. If the parties reach an impasse, either party may move to reopen the case and restore it to the active docket.

3. The Clerk shall **CLOSE** this case for administrative purposes only.

4. All deadlines are **TERMINATED**, and any pending motions are **DENIED AS MOOT**.

**DONE AND ORDERED** in Miami, Florida, this 15th day of March, 2024.

_____
**RODOLFO A. RUIZ II**
**UNITED STATES DISTRICT JUDGE**