UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 1:24-cv-20519-RAR

HOWARD COHAN,

    Plaintiff,

vs.

PROCACCI DOLPHIN, LLC
a Florida Limited Liability Company
d/b/a HILTON GARDEN INN MIAMI
DOLPHIN MALL

    Defendant(s).
_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

The Plaintiff, HOWARD COHAN and the Defendant, PROCACCI DOLPHIN LLC, a Florida Limited Liability Company, d/b/a HILTON GARDEN INN MIAMI DOLPHIN MALL, (the Parties) hereby stipulate that (1) the Parties have settled this action; (2) Plaintiff voluntarily dismisses this action with prejudice against PROCACCI DOLPHIN LLC, a Florida Limited Liability Company, d/b/a HILTON GARDEN INN MIAMI DOLPHIN MALL; and (3) the Parties shall bear their own costs and fees except as provided for in the Parties' Settlement Agreement.

    RESPECTFULLY SUBMITTED July 10, 2024.

| | |
|---|---|
| By: **/s/ Gregory S. Sconzo** | By: **/s/ Alejandro I. Leiva** |
| Gregory S. Sconzo, Esq. | Alejandro I. Leiva, Esq. |
| Florida Bar No.: 0105553 | Florida Bar #118309 |
| Sconzo Law Office, P.A. | Peter R. Siegel, Esq. |
| 3825 PGA Boulevard, Suite 207 | Florida Bar #988634 |
| Palm Beach Gardens, FL 33410 | GREENSPOON MARDER LLP |
| Telephone: (561) 729-0940 | 200 East Broward Boulevard |
| Facsimile: (561) 491-9459 | Suite 1800 |
| Email: greg@sconzolawoffice.com | Fort Lauderdale, FL 33301 |
| Email: perri@sconzolawoffice.com | Phone: (954) 491-1120 |
| Attorney for Plaintiff | Fax: (954) 267-8027 |

1

                                               Peter.Siegel@gmlaw.com
                                               Alex.Leiva@gmlaw.com
                                               Attorneys for Defendant

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on July 10, 2024, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on counsel of record in this action via transmission of Notices of Electronic Filing generated by CM/ECF.

                                                   /s/ Gregory S. Sconzo
                                               **Gregory S. Sconzo, Esq.**