**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 24-CV-20519-RAR**

**HOWARD COHAN**,

    Plaintiff,

v.

**PROCACCI DOLPHIN, LLC**,

    Defendant.
_____/

**ORDER OF DISMISSAL**

    **THIS CAUSE** comes before the Court upon the parties' Joint Stipulation of Dismissal With Prejudice, [ECF No. 20], filed on July 10, 2024.  The Court being fully advised, it is hereby

    **ORDERED AND ADJUDGED** that the above-styled case is **DISMISSED** *with prejudice*, with each party to bear their own costs and fees except as provided for in the parties' Settlement Agreement.  All pending deadlines are hereby **TERMINATED**.  The Clerk is directed to **CLOSE** this case, and any pending motions are **DENIED AS MOOT**.

    **DONE AND ORDERED** in Miami, Florida, this 10th day of July, 2024.

_____
**RODOLFO A. RUIZ II**
**UNITED STATES DISTRICT JUDGE**
